UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JACQUELINE KAY STEWART**                                                           **PLAINTIFF**

v.                                No. 3:16-CV-00093-JTR

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                                     **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, is REVERSED, and this case is REMANDED for proceedings specified in the Court's order.

So ordered this 11th day of May 2017.

_____
UNITED STATES MAGISTRATE JUDGE