UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JACQUELINE KAY STEWART**                                                      **PLAINTIFF**

V.                          NO. 3:16-CV-00093-JTR

**NANCY A. BERRYHILL,**
Acting Commissioner,
**Social Security Administration**                                                **DEFENDANT**

## ORDER

Before the Court is Plaintiff Jacqueline Kay Stewart's Motion for Attorney's Fees and Other Expenses Under the Equal Access to Justice Act ("EAJA"). *Docs. 18 & 19.* The Commissioner does not object to Plaintiff's request. *Doc. 20.*

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total award of **$2,970.57**, consisting of: (1) 13.5 hours of attorney work in 2016 and 2017 at the adjusted hourly rate of $193.00 ($2,605.50); (2) 4.6 hours of paralegal work at the hourly rate of $75.00 ($345.00); and (3) $20.07 in expenses. The Court concludes that Plaintiff is entitled to an award of attorney's fees and expenses under the EAJA and that the amount requested is reasonable.

IT IS HEREBY ORDERED that Plaintiff's Motion for Attorney's Fees pursuant to the EAJA, *Doc. 18*, is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is awarded **$2,970.57** in fees and expenses under the EAJA.[1]

Dated this 25th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff, but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.